James P. Annis et al., Appellants, v. Paul Nicolopoulas et al., Respondents.

The first cause of action clearly states an action for the breach of a contract of partnership and for an accounting. It is not necessary to allege due performance by plaintiffs. (*Cahill* v. *Haff*, 248 N. Y. 377.) Appellants do not present any points with respect to the second cause of action. Furthermore, there is no provision of the bill of sale annexed to the complaint under which defendant Nicolopoulas covenanted and agreed not to establish directly or indirectly any similar business, the breach of which alleged covenant is the basis of the second cause of action. Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ., concur.

Nicholas Aprigliano, as Administrator of the Estate of Nicholas Aprigliano, Jr., Respondent and Appellant, v. Jack Drattell et al., Defendants; Louis Braunstein, Respondent, and Sol Gold, Doing Business under the Name of Roman Credit Company, Appellant and Respondent.—

No opinion. On appeal by appellant-respondent Gold from so much of the judgment as awards judgment for plaintiff and against him, in accordance with a jury verdict, judgment, in so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.

Bessie Boltuch, Respondent, v. R. H. Macy & Co., Inc., Appellant.—

Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ., concur.